IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RANDY LOYD TURPEN,
ADC # 111165                                                                      PLAINTIFF

v.                          Case No. 4:11-cv-550-DPM-JTR

RITTER, KREGGER, CONGER,
WAGNER, COODY, JEREMY
MIMMES, PARTAIN, and DOES                                        DEFENDANTS

ORDER

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue lies in the Western District, as all Defendants are there and the events complained of allegedly occurred there. 28 U.S.C. § 1406(a).

The Clerk of the Court is directed to transfer Turpen's entire case file to the Western District of Arkansas, Fort Smith Division Division, 500 North State Line Avenue, Room 302, Texarkana, AR 71854-5961. The transfer should be immediate; there is no need to wait a reasonable time, *cf. In re. Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982), because the receiving Court is also

in the Eighth Circuit and, if he wants to do so, Turpen can challenge the transfer by taking his appeal from that Court as easily and completely as he could appeal from this Court.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 July 2011